JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NORMAN PAUL BLANCO, | ) | NO. CV 18-4795-JVS (KS) |
| **Plaintiff,** | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| I. PETE, et al., | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:   May 14, 2019

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE